**Fill in this information to identify the case:**

Debtor 1: Larry Lewis

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of MS
(State)

Case number: 15-10393-JDW

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 5 3 2 8

**Property address:** 18037 Oklahoma St
Number    Street

Coffeeville    MS    38922
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02/01/2020
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/_____
MM / DD / YYYY

Debtor 1  **Larry Lewis**
          First Name    Middle Name    Last Name

Case number (*if known*) 15-10393-JDW

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Christopher K. Baxter
Signature

Date 03/30/2020

Print:  Christopher    K    Baxter
        First Name    Middle Name    Last Name

Title: Authorized Agent

Company: Marinosci Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 14643 Dallas Parkway
Number    Street

Dallas    TX    75254
City      State  ZIP Code

Contact phone (972) 331-2300

Email: ecf@mlg-defaultlaw.com

---

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

**CERTIFICATE OF SERVICE**

    I, Christopher K. Baxter, certify that a true and correct copy of the Response to Final Cure Notice was served on the Debtor via United States Mail at the address listed on PACER, and the Debtor's attorney, the Chapter 13 Trustee, the U.S. Trustee, and all parties requesting notice via ECF/Electronic Mail on March 30, 2020                .

 

Marinosci Law Group, P.C.
*/s/Christopher K. Baxter*
Christopher K. Baxter
14643 Dallas Parkway, Ste. 750
Dallas, Texas 75254
Telephone: (972) 331-2300
Facsimile: (972) 331-5240
Email: txbk@mlg-defaultlaw.com
ATTORNEYS FOR CREDITOR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 15-10393-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Mon Mar 30 16:27:53 CDT 2020 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | Angela Kincaid<br>1119 Tennessee Street<br>Coffeeville, MS 38922-9340 |
| BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | Bayview Loan Servicing LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, FL 33146-1873 |
| Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd<br>5th Floor, BK DEPT<br>Coral Gables, FL 33146-1873 | Bayview Loan Servicing, LLC<br>ATTN:  Customer Service Department<br>4425 Ponce De Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1873 | Bayview Loan Servicing, LLC<br>Natalie Brown, Esq.<br>Rubin Lublin, LLC<br>428 North Lamar Blvd, Suite 107<br>Oxford, MS 38655-3221 |
| Natalie K. Brown<br>Rubin, Lublin, Suarez, Serrano, LLC.<br>428 North Lamar Blvd<br>Suite 107<br>Oxford, MS 38655-3221 | Emily Kaye Courteau<br>2309 Oliver Road<br>Monroe, LA 71201-2932 | GMAC Mtg.<br>3451 Hammond Avenue<br>Waterloo, IA 50702-5300 |
| A. E. Rusty Harlow Jr.<br>850 Lakeview Drive<br>Grenada, MS 38901-4305 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>In care of U.S. Attorney<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 | Michael Alan Jedynak<br>Morris & Associates<br>a division of Dean Morris, LLC<br>2309 Oliver Road<br>Monroe, LA 71201-2932 |
| Lake City Collections<br>830 Lakeview Drive<br>Grenada, MS 38901-4305 | Larry Lewis<br>18037 Oklahoma Street<br>Coffeeville, MS 38922-2716 | Liberty Finance<br>254 South Main Street<br>Grenada, MS 38901-3224 |
| Liberty Finance Co., Inc.<br>254 S. Main St.<br>Grenada, MS 38901-3224 | Miland Credit Management<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Mississippi Department of Employment Securit<br>Post Office Box 1699<br>Jackson, MS 39215-1699 |
| Mississippi Department of Employment Securit<br>Office of Legal Affairs<br>Post Office Box 1699<br>Jackson, Mississippi 39215-1699 | Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson MS 39225-2808 | Mississippi State Tax Commission<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Receivables Performanc<br>20816 44th Ave W<br>Lynnwood, WA 98036-7744 | Romona Lewis<br>2210 CR 169<br>Coffeeville, MS 38922-2404 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |

```
Rushmore Loan Management Services      Rushmore Loan Management Services      U. S. Trustee
2309 Oliver Road                       c/o Michael Jedynak                    501 East Court Street, Suite 6-430
Monroe, LA 71201-2932                  2309 Oliver Road                       Jackson, MS 39201-5022
                                       Monroe, LA 71201-2932


U.S. Bank Trust National Association   US Attorney - Northern District        Yalobusha County DHS
c/o BSI Financial Services             900 Jefferson Avenue                   P.O. Box 1071
1425 Greenway Drive, Ste 400           Oxford, MS 38655-3608                  Water Valley, MS 38965-1071
Irving, TX 75038-2480
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
Attn: Special Processing Staff
100 West Capitol Street
Room 504
Jackson MS 39269
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bayview Loan Servicing, LLC,        (d)Liberty Finance                     (d)Liberty Finance Co., Inc.
                                       254 South Main Street                  254 S. Main St.
                                       Grenada, MS 38901-3224                 Grenada, MS 38901-3224



(d)Rushmore Loan Management Services   (u)US Bank Trust National Association, as Tru    End of Label Matrix
P.O. Box 55004                                                                          Mailable recipients    35
Irvine, CA 92619-5004                                                                   Bypassed recipients     5
                                                                                        Total                  40
```